No. 830. CANTRELL ET AL. *v.* ADAMS ET AL. 
 February 5,
1945. *Per Curiam:* The appeal is dismissed for want of
jurisdiction. § 237 (a), Judicial Code, as amended, 28
U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as
required by § 237 (c) of the Judicial Code, as amended,
28 U. S. C. § 344 (c), certiorari is denied. *Mr. Cleon K.
Calvert* for appellants.

No. 865. SIMMONS *v.* MISSISSIPPI.
 February 5, 1945. *Per
Curiam:* The motion for leave to proceed *in forma pauperis* is granted. The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C.
§ 344 (a). Treating the papers whereon the appeal was
allowed as a petition for writ of certiorari as required by
§ 237 (c) of the Judicial Code, as amended, 28 U. S. C.
§ 344 (c), certiorari is denied.